Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorney for Diversified Consultants, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE GREEN,<br><br>            Plaintiff,<br>     vs.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>            Defendant. | Case No.: 16-cv-03405-RS<br><br>STIPULATION TO DISMISS AND [PROPOSED] DISMISSAL ORDER |

///

///

///

///

///

///

///

Stipulation to Dismiss and [Proposed] Order

1

Plaintiff, Danielle Green, and Defendant, Diversified Consultants, Inc., hereby stipulate that this action is dismissed in its entirety with prejudice. Each party is to bear its own costs and fees.

IT IS SO STIPULATED.

Dated: 9/1/2016                    Law Office of L. Paul Mankin

                                   /s/ L. Paul Mankin, IV
                                   L. Paul Mankin, IV
                                   Attorney for Plaintiff
                                   Danielle Green

Dated: 9/1/2016                    Sessions, Fishman, Nathan & Israel, LLP

                                   /s/ Debbie P. Kirkpatrick, Esq.
                                   Debbie P. Kirkpatrick
                                   Attorney for Defendant
                                   Diversified Consultants, Inc.

### E-FILER'S ATTESTATION

I obtained the concurrence of Mr. Mankin to file the foregoing.

                                   /s/ Debbie P. Kirkpatrick
                                   Debbie P. Kirkpatrick

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  9/1/16

                                   _____
                                   Hon. J~~oseph C. Spero~~  Richard Seeborg
                                   United States ~~Magistrate~~ Judge
                                                    District